Cydney Childs
8938 Sage Court
Rancho Cucamonga, CA 91701
(562)653-4137
No Email
No Fax
**IN PRO PER**

FILED
2020 JAN -7 PM 1: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUIS SHU

Plaintiff(s),

VS.

CYDNEY CHILDS, DOES 1 TO 10 INCLUSIVE

Defendant(s).

EDCV20-00037 JGB (SHKx)

Civil Action no

**NOTICE OF REMOVAL**
**UNDER 28 U.S.C. §§ 1331 and 1441**

**FROM-SUPERIOR COURT OF CALIFORNIC**
**COUTNY OF SAN BERNARDINO**
**CASE # UDFS 1906418**

TO: THE HONRABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD

Pursuant to 28 U.S.C. §§ 1331 and 1441, the defendant, CYDNEY CHILDS In Pro Per, Files this Notice of Removal of this case from the Superior Court of California, County of San Bernardino, to The United States District Court for the Central

NOTICE OF REMOVAL

District of California. In support of this Notice of Removal, Defendant CYDNEY CHILDS, States as follows:

### I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about October 28, 2019, LUIS SHU (Plaintiff) file an unlawful detainer

Action in Superior Court of California County of San Bernardino, entitled LUIS SHU vs CYDNEY CHILDS DOES 1 TO 10, INCLUSIVE

1. This Removals therefore timely because it is not barred by the provisions of **28 U.S.C. 1446(b)**
2. No Previous request has been made for the relief requested.
3. The Superior Court of California for the County of San Bernardino is located with this District of California. **See 28 U.S.C. 84(c)(1)**. Thus, in proper in this court because it is the District and division embracing the place where such action is pending. "28 U.S.C. 1441(a).
4. This action is removable to the instant Court because it originally could have been filed in this court pursuant to 28 U.S.C. 1441(a)and /or(b). The complaint presents federal questions. Supplemental Jurisdiction exists with the respect to any remaining claims pursuant to 28 U.S.C. 1367.

### II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C.1331 AND 1441.

5. The complaint for the Unlawful Detainer was filed by the plaintiff for non-payment. However, Defendant with held rent due to Plaintiff discriminating against defendant by violating **Fair housing act** and **42 U.S.C.3604(f)(3)(A)** by refusing to permit, reasonable modification of the premises necessary to afford full enjoyment of the premises to Defendant.
6. The Defendant has been discriminated against due to the guiding **NOT** being up to code by violating A. **42 U.S.C. 3604(f)(3)(C)(ii)**-stating all doors…within such dwelling are sufficiently  42 U.S.C.3604(f)(3)(C)(II)-stating light switches, electrical outlets, thermostats, and other environmental controls in be accessible locations; B.**42 U.S.C.3604(f)(3)(C)(III)**-stating reinforcements in the

bathroom walls to allow later installation of grab bars; C.42 U.S.C.3604(f)(3)(c)(IV)-stating that usable kitchens and bathrooms such that and individual can maneuver about the space.

7. Federal question jurisdiction exists because Defendant pleading depend on the determination of Defendant rights and Plaintiff's duties under federal law. Wherefore, Cydney Childs, respectfully removes this action from the California Superior Court for The County of San Bernardino to this Court Pursuant to 28 United States code Section 1331 and 1441.

Date 01/07/2020                By: *Cydney Childs*
                                   CYDNEY CHILDS, IN PRO PER

**NOTICE OF REMOVAL**

ATTACH IN #3

① SUMMONS   1 of 2

② COMPLAINT OF UNLAWFUL DETAINER   1 of 3

From: One Source Doc. Prep. Fax: 18662105353    To:    Fax: (909) 320-5048    Page: 9 of 16    10/29/2019 4:00 PM

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Luis Hsu <br> In Pro Per <br> 5375 Walnut Ave., Unit 1516 <br> Chino CA 91708 <br> TELEPHONE NO.: 626-419-5931    FAX NO. (Optional): 866-210-5353 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Luis Hsu | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino <br> STREET ADDRESS: 17780 Arrow Boulevard <br> MAILING ADDRESS: 17780 Arrow Boulevard <br> CITY AND ZIP CODE: Fontana 92335 <br> BRANCH NAME: Fontana District | FILED <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF SAN BERNARDINO <br> FONTANA DISTRICT <br> OCT 30 2019 <br> BY _____ ANA ROJO, DEPUTY |
| PLAINTIFF: Luis Hsu <br> DEFENDANT: Cydney Childs <br> [✓] DOES 1 TO 10 inclusive | |
| COMPLAINT — UNLAWFUL DETAINER* <br> [✓] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): ____ | CASE NUMBER: <br> UDFS1906418 |

Jurisdiction (check all that apply):
[✓] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [✓] does not exceed $10,000
                         [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)    [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)    [ ] from unlimited to limited

1. PLAINTIFF (name each):
   Luis Hsu
   alleges causes of action against DEFENDANT (name each):
   Cydney Childs

2. a. Plaintiff is  (1) [✓] an individual over the age of 18 years.    (4) [ ] a partnership.
              (2) [ ] a public agency.    (5) [ ] a corporation.
              (3) [ ] other (specify):

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   8938 Sage Court, Rancho Cucamonga, CA 91701, San Bernardino County

4. Plaintiff's interest in the premises is  [ ] as owner  [✓] other (specify): property manager
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): 6/5/2019    defendant (name each): Cydney Childs

   (1) agreed to rent the premises as a [ ] month-to-month tenancy [✓] other tenancy (specify): fixed term
   (2) agreed to pay rent of $2300.00    payable [✓] monthly [ ] other (specify frequency):
   (3) agreed to pay rent on the [✓] first of the month [ ] other day (specify):
   b. This [✓] written [ ] oral  agreement was made with
   (1) [ ] plaintiff.    (3) [ ] plaintiff's predecessor in interest.
   (2) [✓] plaintiff's agent.    (4) [ ] other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

| Form Approved for Optional Use <br> Judicial Council of California <br> UD-100 [Rev. July 1, 2005] | COMPLAINT—UNLAWFUL DETAINER | Civil Code, § 1940 et seq. <br> Code of Civil Procedure §§ 425.12, 1166 <br> www.courtinfo.ca.gov |

BY FAX

From: One Source Doc. Prep. Fax: 18662105353   To:   Fax: (909) 320-5049   Page: 10 of 16   10/29/2019 4:00 PM

| PLAINTIFF (Name): Luis Hsu | CASE NUMBER |
|---|---|
| DEFENDANT (Name): Cydney Childs; Does 1 to 10 inclusive | |

6. c. [✓] The defendants not named in item 6a are
   (1) [✓] subtenants.
   (2) [ ] assignees.
   (3) [✓] other (specify): unauthorized occupants

   d. [ ] The agreement was later changed as follows (specify):

   e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

   f. [✓] (For residential property) A copy of the written agreement is not attached because (specify reason):
   (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) [✓] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [✓] a. Defendant (name each):
   **Cydney Childs**

   was served the following notice on the same date and in the same manner:
   (1) [✓] 3-day notice to pay rent or quit         (4) [ ] 3-day notice to perform covenants or quit
   (2) [ ] 30-day notice to quit                    (5) [ ] 3-day notice to quit
   (3) [ ] 60-day notice to quit                    (6) [ ] Other (specify):

   b. (1) On (date): 10/11/2019   the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.

   c. All facts stated in the notice are true.
   d. [✓] The notice included an election of forfeiture.
   e. [✓] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [✓] The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) [ ] by personally handing a copy to defendant on (date):
   (2) [ ] by leaving a copy with (name or description):
       a person of suitable age and discretion, on (date):   at defendant's
       [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence on (date):   because defendant cannot be found at defendant's residence or usual place of business.
   (3) [✓] by posting a copy on the premises on (date) 10/8/2019  [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date): 10/8/2019
       (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
       (b) [✓] because no person of suitable age or discretion can be found there.
   (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
   (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

   b. [ ] (Name):
      was served on behalf of all defendants who signed a joint written rental agreement.
   c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. [✓] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]   COMPLAINT—UNLAWFUL DETAINER   Page 2 of 3

| PLAINTIFF (Name): Luis Hsu | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Cydney Childs; Does 1 to 10 inclusive | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $4600.00
11. ☑ The fair rental value of the premises is $76.67 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)
13. ☑ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. PLAINTIFF REQUESTS
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☑ past-due rent of $4600.00
    d. ☑ reasonable attorney fees.
    e. ☑ forfeiture of the agreement.
    f. ☑ damages at the rate stated in item 11 from (date): 11/1/2019 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☑ other (specify): relief the court deems just and proper.

18. ☑ Number of pages attached (specify): 5

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. (Complete in all cases.) An unlawful detainer assistant ☐ did not ☑ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)

    a. Assistant's name: Luzbel Palomino
    b. Street address, city, and zip code: 2908 E Whitmore Ave., H206 Ceres, CA 95307
    c. Telephone No.: 8003804403
    d. County of registration: Stanislaus
    e. Registration No.: 18-001
    f. Expires on (date): 8/7/2020

Date: 10/18/2019

Luis Hsu
(TYPE OR PRINT NAME)

_Luis Hsu_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/18/2019

Luis Hsu
(TYPE OR PRINT NAME)

_Luis Hsu_
(SIGNATURE OF PLAINTIFF)

Case 5:20-cv-00037-JGB-SHK Document 1 Filed 01/07/20 Page 8 of 18 Page ID #:8

From: One Source Doc. Prep. Fax: 18662105353    To:    Fax: (909) 320-5049    Page: 7 of 15    10/23/2019 4:00 PM

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:** Cydney Childs; Does 1 to 10 inclusive
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Luis Hsu
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
FONTANA DISTRICT

OCT 30 2019

BY_____
ANA ROJO, DEPUTY

| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.<br><br>A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.<br><br>There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.<br><br>Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.<br><br>Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
|---|---|
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | **EXENCIÓN DE CUOTAS:** Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is: Fontana District
   *(El nombre y dirección de la corte es):* 17780 Arrow Boulevard
   Fontana CA 92335

   **CASE NUMBER** *(número del caso):*
   UDFS1406416

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Luis Hsu
   5375 Walnut Ave., Unit 1516 Chino CA 91708
   626-419-5931

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. September 1, 2019]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courts.ca.gov

**SUM-130**

| PLAINTIFF (Name): Luis Hsu | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Cydney Childs; Does 1 to 10 inclusive | |

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☐ did not ☑ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name: Luzbei Palomino
   b. Telephone no.: 8003804403
   c. Street address, city, and zip: 2908 E Whitmore Ave., H206, Ceres, CA 95307

   d. County of registration: Stanislaus
   e. Registration no.: 08-001
   f. Registration expires on *(date)*: 08/07/2020

Date: **OCT 3 0 2019**
(Fecha)

Clerk, by _____ Ana Rojo, Deputy
(Secretario)                    (Adjunto)

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant.
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation).           ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation).   ☐ CCP 416.70 (conservatee).
             ☐ CCP 416.40 (association or partnership). ☐ CCP 416.90 (authorized person).
             ☐ CCP 415.46 (occupant).               ☐ other *(specify):*
   e. ☐ by personal delivery on *(date):*

SUM-130 [Rev. September 1, 2019]   **SUMMONS—UNLAWFUL DETAINER—EVICTION**   Page 2 of 2

From: One Source Doc. Prep. Fax: 18662105353    To:    Fax: (909) 320-5049    Page: 9 of 18    10/29/2019 4:00 PM

Case 5:20-cv-00037-JGB-SHK    Document 1    Filed 01/07/20    Page 10 of 18    Page ID #:10

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Luis Hsu — In Pro Per<br>5375 Walnut Ave., Unit 1516<br>Chino CA 91708<br>TELEPHONE NO.: 626-419-5931    FAX NO. (Optional): 866-210-5353<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Luis Hsu | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>FONTANA DISTRICT<br><br>OCT 30 2019<br><br>BY _____<br>ANA ROJO, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 17780 Arrow Boulevard
MAILING ADDRESS: 17780 Arrow Boulevard
CITY AND ZIP CODE: Fontana 92335
BRANCH NAME: Fontana District

PLAINTIFF: Luis Hsu

DEFENDANT: Cydney Childs

[✓] DOES 1 TO 10 Inclusive

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [✓] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): ____ | UDFS1906418 |

Jurisdiction (check all that apply):
[✓] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [✓] does not exceed $10,000
                  [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
        [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
        [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF (name each):
   Luis Hsu
   alleges causes of action against DEFENDANT (name each):
   Cydney Childs

2. a. Plaintiff is (1) [✓] an individual over the age of 18 years.  (4) [ ] a partnership.
                   (2) [ ] a public agency.                         (5) [ ] a corporation.
                   (3) [ ] other (specify):
   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   8938 Sage Court, Rancho Cucamonga, CA 91701, San Bernardino County

4. Plaintiff's interest in the premises is  [ ] as owner  [✓] other (specify): property manager
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): 6/5/2019         defendant (name each): Cydney Childs

   (1) agreed to rent the premises as a  [ ] month-to-month tenancy  [✓] other tenancy (specify): fixed term
   (2) agreed to pay rent of $2300.00     payable [✓] monthly  [ ] other (specify frequency):
   (3) agreed to pay rent on the [✓] first of the month [ ] other day (specify):
   b. This [✓] written [ ] oral agreement was made with
      (1) [ ] plaintiff.                       (3) [ ] plaintiff's predecessor in interest.
      (2) [✓] plaintiff's agent.               (4) [ ] other (specify):

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

COMPLAINT—UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

BY FAX

Case 5:20-cv-00037-JGB-SHK   Document 1   Filed 01/07/20   Page 11 of 18   Page ID #:11

From: One Source Doc. Prep. Fax: 18662105353    To:    Fax: (909) 320-5049    Page: 10 of 16   10/29/2019 4:00 PM

| PLAINTIFF (Name): Luis Hsu | CASE NUMBER |
|---|---|
| DEFENDANT (Name): Cydney Childs; Does 1 to 10 inclusive | |

6. c. [✓] The defendants not named in item 6a are
   (1) [✓] subtenants.
   (2) [ ] assignees.
   (3) [✓] other (specify): unauthorized occupants

   d. [ ] The agreement was later changed as follows (specify):

   e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)

   f. [✓] (For residential property) A copy of the written agreement is not attached because (specify reason):
   (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) [✓] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [✓] a. Defendant (name each):
   Cydney Childs

   was served the following notice on the same date and in the same manner:
   (1) [✓] 3-day notice to pay rent or quit    (4) [ ] 3-day notice to perform covenants or quit
   (2) [ ] 30-day notice to quit               (5) [ ] 3-day notice to quit
   (3) [ ] 60-day notice to quit               (6) [ ] Other (specify):

   b. (1) On (date): 10/11/2019    the period stated in the notice expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.

   c. All facts stated in the notice are true.
   d. [✓] The notice included an election of forfeiture.
   e. [✓] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. [ ] One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. [✓] The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) [ ] by personally handing a copy to defendant on (date):
   (2) [ ] by leaving a copy with (name or description):
       a person of suitable age and discretion, on (date):    at defendant's
       [ ] residence  [ ] business   AND mailing a copy to defendant at defendant's place of residence on
       (date):    because defendant cannot be found at defendant's residence or usual place of business.
   (3) [✓] by posting a copy on the premises on (date): 10/8/2019    [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
       (date): 10/8/2019
       (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
       (b) [✓] because no person of suitable age or discretion can be found there.
   (4) [ ] (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
   (5) [ ] (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

   b. [ ] (Name):
       was served on behalf of all defendants who signed a joint written rental agreement.
   c. [ ] Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. [✓] Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]    COMPLAINT—UNLAWFUL DETAINER    Page 2 of 3

Case 5:20-cv-00037-JGB-SHK   Document 1   Filed 01/07/20   Page 12 of 18   Page ID #:12

From: One Source Doc. Prep. Fax: 18662105353    To:    Fax: (909) 320-8048    Page: 11 of 19   10/29/2019 4:00 PM

| PLAINTIFF (Name): Luis Hsu | CASE NUMBER |
|---|---|
| DEFENDANT (Name): Cydney Childs; Does 1 to 10 inclusive | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was **$4600.00**
11. ☑ The fair rental value of the premises is **$76.67** per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☑ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

   Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☑ past-due rent of $4600.00
    d. ☑ reasonable attorney fees.
    e. ☑ forfeiture of the agreement.
    f. ☑ damages at the rate stated in item 11 from *(date)*: 11/1/2019 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☑ other *(specify)*: relief the court deems just and proper.

18. ☑ Number of pages attached *(specify)*: 5

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☐ did not  ☑ did  for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's name: Luzbei Palomino
    b. Street address, city, and zip code:
       2908 E Whitmore Ave., H206
       Ceres, CA 95307
    c. Telephone No.: 8003804403
    d. County of registration: Stanislaus
    e. Registration No.: 18-001
    f. Expires on *(date)*: 8/7/2020

Date: 10/18/2019

Luis Hsu
(TYPE OR PRINT NAME)

*Luis Hsu*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/18/2019

Luis Hsu
(TYPE OR PRINT NAME)

*Luis Hsu*
(SIGNATURE OF PLAINTIFF)

UD-100 [Rev. July 1, 2005]    **COMPLAINT—UNLAWFUL DETAINER**    Page 3 of 3

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: CYDNEY CHILDS <br> FIRM NAME: <br> STREET ADDRESS: 8938 OSAGE COURT <br> CITY: RANCHO CUCAMONGA, STATE: CA  ZIP CODE: 91701 <br> TELEPHONE NO: 7145924626  FAX NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (name): | | **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF SAN BERNARDINO <br> FONTANA DISTRICT <br><br> DEC 09 2019 <br><br> BY _Cir_____ <br> DEPUTY <br> Circey Ayala |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino <br> STREET ADDRESS: 17780 Arrow Boulevard <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Fontana, CA 92335 <br> BRANCH NAME: Fontana District | | |
| Plaintiff: LUIS HSU <br> Defendant: CYDNEY CHILDS | | |
| ANSWER—UNLAWFUL DETAINER | CASE NUMBER: <br> UDFS1966448 | |

1. Defendant (each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs): **CYDNEY CHILDS**

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**

   a. ☐ Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.)

   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT

   (1) defendant claims the following statements of the complaint are false (state paragraph numbers from the complaint or explain below or on form MC-025): ☐ Explanation is on MC-025, titled as Attachment 2b(1).

   **NO SUBTENANTS IN PROPERTY, NO UNAUTHORIZED OCCUPANTS**
   **3 DAY NOTICE NEVER RECEIVED VIA MAIL, POSTED AFTER 9PM**

   (2) defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (state paragraph numbers from the complaint or explain below or on form MC-025):
   ☐ Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES (**NOTE:** For each box checked, you must state brief facts to support it in item 3l (page 2).)

   a. ☑ (Nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ (Nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ (Nonpayment of rent only) On (date): _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):
       (Also, briefly state in item 3l the facts showing violation of the ordinance.)
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Plaintiff seeks to evict defendant based on an act against defendant or a member of defendant's household that constitutes domestic violence, sexual assault, stalking, human trafficking, or abuse of an elder or a dependent adult. (This defense requires one of the following: (1) **a temporary restraining order, protective order, or police report** that is not more than 180 days old; OR (2) **a signed statement from a qualified third party** (e.g., a doctor, domestic violence or sexual assault counselor, human trafficking caseworker, or psychologist) concerning the injuries or abuse resulting from these acts.)

Page 1 of 2

UD-105

CASE NUMBER: UDFS1906418

3. AFFIRMATIVE DEFENSES (cont'd.)
   j. ☐ Plaintiff seeks to evict defendant based on defendant or another person calling the police or emergency assistance (e.g., ambulance) by or on behalf of a victim of abuse, a victim of crime, or an individual in an emergency when defendant or the other person believed that assistance was necessary.
   k. ☐ Other affirmative defenses are stated in item 3l.
   l. Facts supporting affirmative defenses checked above (identify facts for each item by its letter below or on form MC-025):
      ☐ Description of facts is on MC-025, titled as Attachment 3l.

4. OTHER STATEMENTS
   a. ☐ Defendant vacated the premises on (date):
   b. ☐ The fair rental value of the premises alleged in the complaint is excessive (explain below or on form MC-025):
      ☐ Explanation is on MC-025, titled as Attachment 4b.
   c. ☐ Other (specify below or on form MC-025 in attachment):
      ☐ Other statements are on MC-025, titled as Attachment 4c.

5. DEFENDANT REQUESTS
   a. that plaintiff take nothing requested in the complaint.
   b. costs incurred in this proceeding.
   c. ☐ reasonable attorney fees.
   d. ☑ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
   e. ☑ Other (specify below or on form MC-025):
      ☐ All other requests are stated on MC-025, titled as Attachment 5e.
      NO INFORMATION REGARDING THIS CASE BE PLACED ON MY CREDIT OR NEXIS LEXIS REPORTS
      REQ ADDITIONAL 60 DAYS TO FIND A NEW HOME BEFORE ANY ACTIONS TAKEN

6. Number of pages attached: _____

UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

7. (Must be completed in all cases.) An unlawful detainer assistant ☑ did not ☐ did for compensation give advice or assistance with this form. (If defendant has received any help or advice for pay from an unlawful detainer assistant, state):
   a. assistant's name:                              b. telephone number:
   c. street address, city, and zip code:
   d. county of registration:   e. registration number:   f. expiration date:

(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)

Cydney Childs
(TYPE OR PRINT NAME)

▶ Cydney Childs
(SIGNATURE OF DEFENDANT OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

VERIFICATION
(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)
I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: 12/9/19

Cydney Childs
(TYPE OR PRINT NAME)

Cydney Childs
(SIGNATURE OF DEFENDANT)

UD-105 [Rev. September 1, 2019]          ANSWER—UNLAWFUL DETAINER          Page 2 of 2

Case Name: **Luis Hsu v. Cydney Childs**
Case No.: **UDFS1906418**

## ATTACHMENT 3*l*

___ Defendant does not owe the rent and/or damages demanded because plaintiff has failed to provide defendant with a habitable dwelling as follows:

| | |
|---|---|
| ___ Damp/leaking ceiling/walls | ✓ Missing/broken smoke detectors |
| ___ Hole(s) in walls/floor/carpet | ___ Infestation of roaches/rodents/vermin |
| ✓ Falling plaster/peeling paint | ___ Lack of/inadequate heat |
| ___ Common areas unclean | ___ Lack of/inadequate hot water |
| ___ Inadequate trash collection | ✓ Missing/torn window screens |
| ___ Unsafe stairways/locks | ✓ Defective/leaking plumbing |
| ___ Defective electrical/wiring | ✓ Other: *plumbing backs up daily in both bathrooms* |

___ The defective conditions listed above have existed and have not been abated for 60 days after notice as set forth in Civil Code Section 1942.3. These uncorrected conditions create a rebuttable presumption that plaintiff breached the warranty of habitability.

___ The defective conditions listed above have existed and have not been abated for 35 days after notice as set forth in Civil Code Section 1942.4. Thus, plaintiff's notice to pay was unlawful and violated Civil Code Section 1942.4(a).

___ Within the notice period, the rent demanded was tendered but refused by the plaintiff.

___ The notice to pay was not proper because:
___ It demanded more rent than defendant owed.
___ It asked for rent for a period beyond one year.
✓ It was served before the rent was late.
✓ It fails to comply with Code of Civil Procedure Section 1161(2) (where, when, how and whom to pay).
✓ It was not served properly.
___ It was not served.

___ Plaintiff's past acceptance of late rent waived the right to enforce timely payment; and/or since the defendant relied on plaintiff's failure to enforce timely payment, plaintiff is estopped from enforcing the rent timeliness provision unless notice is given that the said provision will be strictly enforced.

___ Plaintiff filed this action in retaliation against defendant because defendant:
___ Complained to a government agency.   ___ Requested repairs.
___ Suffered an injury on the property.   ___ Prevailed in a prior unlawful detainer action.
___ Other: _____

___ Plaintiff is acting arbitrarily and is discriminating against defendant in violation of the laws of California and the United States because of defendant's:
___ Race            ___ Children
___ Religion        ___ Gender
___ Marital status  ___ Health status

1

1/4/12

Case Name: **Luis Hsu v. Cydney Childs**
Case No.: **UDFS 1906418**

1. ___ The Notice to Quit is defective because:
2. ___ It did not give defendant sixty days to move (Civil Code Section 1946.1).   ___ It did not give three days to cure the breach and/or was not in the alternative.
3. ___ It did not unequivocally demand possession.   ___ It did not specify what defendant must do to cure the breach.
4. ___ It did not adequately describe the property.   ✓ It was not served properly.
   ✓ It was not served.

___ Plaintiff accepted rent with actual and/or constructive knowledge of the alleged breach. Thus, plaintiff waived the breach and/or is estopped from evicting the defendant.

___ Plaintiff accepted rent from defendant for a period of time after the notice expired. Thus, plaintiff has waived the breach.

___ The complaint was filed before the expiration of the notice.

1/4/12

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CYDNEY CHILDS<br>8938 SAGE COURT<br>RANCHO CUCAMONGA, CA 91701<br><br>TELEPHONE NO.: 714 592 4026     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 17780 Arrow Boulevard
MAILING ADDRESS: Fontana, CA 92335
CITY AND ZIP CODE: Fontana District
BRANCH NAME:

PETITIONER/PLAINTIFF: LUIS HSU

RESPONDENT/DEFENDANT: CYDNEY CHILDS

PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

CASE NUMBER: UDFS 1916418

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 1396 Margarita Dr, West Covina, CA 91790

3. On (date): 12/9/19   I mailed from (city and state): Fontana
   the following **documents** (specify):

   ## Answer - Unlawful Detainer

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: LUIS HSU
   b. **Address** of person served: 5375 WALNUT AVE., UNIT 1516 CHINO, CA 91708

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/9/19

MICHELLE THOMAS                                    ▶ /s/ Michelle Thomas
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)   (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

# INFORMATION SHEET FOR PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

*(This information sheet is not part of the Proof of Service and does not need to be copied, served, or filed.)*

**NOTE:** This form should **not** be used for proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Use these instructions to complete the *Proof of Service by First-Class Mail—Civil* (form POS-030).

A person over 18 years of age must serve the documents. There are two main ways to serve documents: (1) by personal delivery and (2) by mail. Certain documents must be personally served. You must determine whether personal service is required for a document. Use the *Proof of Personal Service–Civil* (form POS-020) if the documents were personally served.

The person who served the documents by mail must complete a proof of service form for the documents served. **You cannot serve documents if you are a party to the action.**

## INSTRUCTIONS FOR THE PERSON WHO SERVED THE DOCUMENTS

The proof of service should be printed or typed. If you have Internet access, a fillable version of the Proof of Service form is available at *www.courtinfo.ca.gov/forms*.

*Complete the top section of the proof of service form as follows:*

<u>First box, left side</u>: In this box print the name, address, and telephone number of the person *for* whom you served the documents.

<u>Second box, left side</u>: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as on the documents that you served.

<u>Third box, left side</u>: Print the names of the Petitioner/Plaintiff and Respondent/Defendant in this box. Use the same names as are on the documents that you served.

<u>First box, top of form, right side</u>: Leave this box blank for the court's use.

<u>Second box, right side</u>: Print the case number in this box. The case number should be the same as the case number on the documents that you served.

*Complete items 1–5 as follows:*

1. You are stating that you are over the age of 18 and that you are not a party to this action. You are also stating that you either live in or are employed in the county where the mailing took place.

2. Print your home or business address.

3. Provide the date and place of the mailing and list the name of each document that you mailed. If you need more space to list the documents, check the box in item 3, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)), and attach it to form POS-030.

4. For item 4:

    Check box a if you personally put the documents in the regular U.S. mail.
    Check box b if you put the documents in the mail at your place of business.

5. Provide the name and address of each person to whom you mailed the documents. If you mailed the documents to more than one person, check the box in item 5, complete the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (form POS-030(P)), and attach it to form POS-030.

**At the bottom, fill in the date on which you signed the form, print your name, and sign the form. By signing, you are stating under penalty of perjury that all the information you have provided on form POS-030 is true and correct.**

POS-030 [New January 1, 2005]  **PROOF OF SERVICE BY FIRST CLASS MAIL—CIVIL**
(Proof of Service)